UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASHLEY PHILLIPS, MARIA NEGRETE,
TAJA JONES, and ERIN RYAN,

    Plaintiffs,

v.                                        Case No. 2:20-cv-00908-JLB-MRM

LASHOUT BEAUTY BAR, LLC, LUME',
LASH.BROW.BEAUTY.LLC, KCG LASHES,
LLC, THOMAS NELSON, MICHELLE,
NELSON, KENYETTA SMITH, and
CORRINDA HALLMAN,

    Defendants.
_____

## ORDER

Defendants move to dismiss Plaintiff Erin Ryan's claims in counts VII and VIII of the complaint for improper venue due to a contractual forum selection clause. (Doc. 16); Fed. R. Civ. P. 12(b)(3). Ms. Ryan has filed a notice of non-opposition requesting dismissal of her claims without prejudice to refile in state court. (Doc. 23.) The Court construes Defendants' motion as a request to dismiss for forum non conveniens, which is the proper procedural mechanism for enforcing a forum selection clause that points to a state forum. See Schrenkel v. LendUS, LLC, Case No. 2:18-cv-382-FtM-29CM, 2018 WL 5619358, at *4 (M.D. Fla. Oct. 30, 2018).

As the motion is unopposed, it is **ORDERED**:

1. Defendants' motion to dismiss counts VII and VIII is **GRANTED**.

2. Counts VII and VIII are **DISMISSED WITHOUT PREJUDICE** to refile in the appropriate state court.

3. The Clerk of Court is **DIRECTED** to terminate Plaintiff Erin Ryan from the case.

**ORDERED** in Fort Myers, Florida, on January 25, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE